RECEIVED & FILED
CLERK'S OFFICE
SEP 10 2026
US DISTRICT COURT
SAN JUAN, PR

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>**v.**<br><br>**[1] CRISTIAN REYES-BONILLA**<br><br>**Defendant,** | **INDICTMENT**<br><br>**CRIMINAL NO. 26-** 379 (ADC)<br>**VIOLATION:**<br><br>**18 U.S.C. §§ 1791(a)(1), (a)(2), (b)(1)**<br><br>**21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(E)**<br><br>**(Three Counts & Forfeiture Allegation)** |

**THE GRAND JURY CHARGES:**

**INTRODUCTION:**

At all times relevant to this Indictment:

1. The Metropolitan Detention Center ("MDC") in Guaynabo, Puerto Rico is a facility within the Bureau of Prisons ("BOP").

2. The BOP is an agency within the United States Department of Justice that is responsible for the administration of the federal prison system.

**COUNT ONE**
**Obtaining Contraband in Prison**
**18 U.S.C. §§ 1791(a)(2), (b)(3)**

On or about June 30, 2026, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] CRISTIAN REYES-BONILLA,**

the defendant herein, an inmate housed at MDC, a federal detention facility, contrary to 28 C.F.R. §§ 553.12 and 500.1(h), knowingly and intentionally obtained prohibited objects, to wit baggies of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II Narcotic Drug Controlled Substance. All in violation of 18 U.S.C. §§ 1791(a)(2), (b)(1).

**COUNT TWO**
**Conspiracy to Possess with Intent to Distribute Controlled Substances**
**21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(E)**

Beginning on a date unknown but not later than on or about June 30, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[1] CRISTIAN REYES-BONILLA,**

the defendant herein, did knowingly and intentionally combine, conspire, and agree with diverse other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(E).

**COUNT THREE**
**Possession with Intent to Distribute and Distribute Controlled Substances**
**21 U.S.C. §§ 841(a)(1), (b)(1)(E)**

On or about June 30, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[1] CRISTIAN REYES-BONILLA,**

the defendants herein, adding and abetting each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## NARCOTICS FORFEITURE ALLEGATION
**21 U.S.C. § 853**

1. The allegation contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of any of the offenses charged in Counts Two and Three of this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

TRUE BILL

[redacted]

FOREPERSON [redacted]

[redacted]

Date: 10 - 1X - 2026

Héctor E. Ramírez-Carbó
Acting United States Attorney

Myriam Y. Fernández González
Assistant United States Attorney, Chief
Asset Recovery and Money Laundering Division

Andrés Orr Sevilla
Assistant United States Attorney,
Asset Recovery and Money Laundering Division